Lisa MILLER, Plaintiff–Appellant,

v.

SYBASE, INCORPORATED,
Defendant–Appellee.

No. 07–1883.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 15, 2008.

Decided: May 6, 2008.

Jeanett P. Henry, Henry & Maddox, LLC, Silver Spring, Maryland, for Appellant. Tyler A. Brown, Jackson Lewis LLP, Vienna, Virginia, for Appellee.

Before NIEMEYER, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished Per Curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lisa Miller appeals the district court's order granting Sybase, Incorporated's summary judgment motion on her race discrimination and retaliation claims brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e–17 (2000) and 42 U.S.C. § 1981 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. *See Miller v. Sybase, Inc.,* No. 8:06–cv–01176–DKC (D.Md. Aug. 8, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*